UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
FREDERICK J. KEITEL, III, *individually*, et al,

                    Plaintiffs,    21-CV-8537 (JMF)

        -v-    ORDER

THOMAS B. D'AGOSTINO, SR. et al.,

                    Defendants.
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On January 12, 2022, FJK-Tee Jay, Ltd, FJK-Tee Jay, Inc, and FJK IV Properties, Inc. filed a motion to terminate attorney Spencer Robbins as counsel, for an order to show cause or sanctions, and to strike filings.  *See* ECF No. 7.  Any opposition to that motion, whether by Spencer Robbins or by Plaintiff Frederick J. Keitel, shall be filed by **January 26, 2022**.  Any reply shall be filed by **February 2, 2022**.

       SO ORDERED.

Dated: January 13, 2022
       New York, New York
                                          JESSE M. FURMAN
                                          United States District Judge