UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
FREDERICK J. KEITEL et al.,                                      :
:
                                    Plaintiffs,                  :
:
                                                                 :        21-CV-8537 (JMF)
                    -v-                                           :
:                          ORDER
THOMAS B. D'AGOSTINO, SR. et al.,                                :
:
                                    Defendants.                  :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        As stated on the record during the conference held yesterday:

- The motion of FJK-Tee Jay, Ltd. ("Ltd."), FJK-Tee Jay, Inc. ("Inc."), and FJK IV
  Properties, Inc. ("FJK IV") (collectively, the "FJK Entities") to disqualify Spencer
  Robbins as counsel, ECF No. 7, is GRANTED as unopposed.  The Court reserves
  judgment with respect to the FJK Entities' motion for sanctions.

- Plaintiffs' motion for leave to file an amended complaint, ECF No. 55, is
  GRANTED.  By **April 7, 2022**, Plaintiffs shall file an amended complaint consistent
  with the Court's rulings on the record during the conference.

- By **April 21, 2022**, Defendants shall file a joint letter proposing next steps in this
  case.

        Additionally, Plaintiff Frederick J. Keitel's motion to terminate counsel for Shutts &

Bowen, ECF No. 57, is denied as meritless and/or premature.

        The Clerk of Court is directed to terminate ECF No. 7, 53 (erroneously filed as a letter

motion), 55, and 57.

        SO ORDERED.

Dated: March 25, 2022
        New York, New York                         _____
                                                        JESSE M. FURMAN
                                                        United States District Judge