UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                            :

FREDERICK J. KEITEL, III, *individually*, et al,     :

                                    :

                       Plaintiffs,      :        21-CV-8537 (JMF)

                                    :

            -v-                      :        <u>ORDER</u>

                                    :

THOMAS B. D'AGOSTINO, SR. et al.,        :

                                    :

                    Defendants.     :

                                    :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On April 19, 2022, Defendants filed a joint letter asking the Court to dismiss the Amended Complaint and for sanctions.  ECF No. 63.  Defendants' request is DENIED without prejudice to renewal by formal motion. *See* Local Civil Rule 7.1(a), (d) (dispositive motions may not be brought by letter or letter motion).  Defendants may file a formal motion to dismiss on the grounds outlined in their letter (without prejudice to later moving to dismiss on grounds not addressed in their letter) by **May 4, 2022**.  Any opposition shall be filed by **May 18, 2022**.  Any reply shall be filed by **May 25, 2022**.

      SO ORDERED.

Dated:  April 20, 2022
       New York, New York                _____
                                         JESSE M. FURMAN
                                   United States District Judge