UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
:
FREDERICK J. KEITEL, III, *individually*, et al,  :
:
                    Plaintiffs,  :      21-CV-8537 (JMF)
:
    -v-  :      ORDER
:
THOMAS B. D'AGOSTINO, SR. et al.,  :
:
                    Defendants.  :
:
----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On May 4, 2022, Defendants filed a joint motion to dismiss.  *See* ECF No. 69.  On May 20, 2022, Plaintiffs filed an opposition, erroneously labeled a motion to dismiss.  *See* ECF No. 73.  On May 24, 2022, Plaintiffs filed four additional documents, once again erroneously filed as motions, which purport to be versions of their opposition.  *See* ECF Nos. 74-77.  The Court will treat the filing on May 20, 2022, ECF No. 73, as the operative opposition, as it was the only opposition that was timely filed.  No further filings from Plaintiffs will be accepted without advance leave from the Court.

      The Clerk of Court is directed to terminate ECF Nos. 74 and 76.

      SO ORDERED.

Dated: May 25, 2022
       New York, New York

                                              JESSE M. FURMAN
                                         United States District Judge