UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
FREDERICK J. KEITEL, III et al.,                                   :
:
                    Plaintiffs,                         :                21-CV-8537 (JMF)
:
      -v-                                                       :                ORDER
:
:
THOMAS B. D'AGOSTINO, SR. et al.,                                  :
:
                    Defendants.                         :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        On June 1, 2022, the Court issued a Memorandum Opinion and Order denying Plaintiffs' motion to amend their complaint or substitute new motions papers. Docket No. 84. On June 14, 2022, Plaintiffs submitted a motion for reconsideration of that Order. Docket No. 88.[1] As Plaintiffs present no valid grounds for reconsideration, the motion is DENIED. *See, e.g.*, *Analytical Surveys, Inc. v. Tonga Partners, L.P.*, 684 F.3d 36, 52 (2d Cir. 2012) ("It is well-settled that [a motion for reconsideration] is not a vehicle for relitigating old issues, presenting the case under new theories, securing a rehearing on the merits, or otherwise taking a second bite at the apple. Rather, the standard for granting a . . . motion for reconsideration is strict, and reconsideration will generally be denied unless the moving party can point to controlling decisions or data that the court overlooked." (internal quotation marks, citations, ellipsis, and alterations omitted)).

        The Clerk of Court is directed to terminate Docket No. 88.

        SO ORDERED.

Dated: June 21, 2022
       New York, New York

                                                                   JESSE M. FURMAN
                                                               United States District Judge

---

[1] Although the motion is accompanied by an affidavit, *see* ECF No. 89, Local Civil Rule 6.3 prohibits affidavits on a motion for reconsideration "unless directed by the Court."