**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
FREDERICK J. KEITEL, III et al.,

                        Plaintiffs,

         -against-                                       21 **CIVIL** 8537 (JMF)

                                                           **JUDGMENT**

THOMAS B. D'AGOSTINO, SR. et al.,

                      Defendants.
-------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Memorandum Opinion and Order dated October 27, 2022, the Defendants'

motion to dismiss is GRANTED, and the Second Amended Complaint is DISMISSED with

prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

       October 27, 2022

                                               **RUBY J. KRAJICK**

                                      _____

                                           **Clerk of Court**

                            **BY:**       K. Mango

                                           _____

                                           **Deputy Clerk**