IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

CASE NO. 1:21-cv-08537-JMF

FREDERICK J. KEITEL, III, et al.,

   Plaintiffs,

vs.

THOMAS B. D'AGOSTINO, SR., et al.,

   Defendants.

_____/

Application GRANTED. The Clerk of Court is directed to terminate ECF No. 100.

SO ORDERED.

December 29, 2022

## MOTION FOR EXTENSION OF TIME TO FILE

   COMES NOW, Plaintiff/Appellant Frederick J. Keitel, III, ("Keitel"), is pro se, and respectfully requests this Court pursuant to FRAP to grant this Motion for Extension of Time to File the following requirements for Appeal for the following reasons:

 1..   Plaintiff/Appellant Keitel was in South America and just returned, with very limited access to the internet when this appeal was filed pro se (on his behalf ), and did have access to the following files and/or forms and documents required for filing a timely appeal in this case to the Clerk of Court or to fix any deficiencies listed by the court:

(a) Statement of the Case FRAP 12;

(b) Notice/filing of transcript FRAP 10(b);

(c ) Index FRAP 10,11;

(d) Exhibits

2. Plaintiff respectfully files this request for 10 day extension over the holidays, to fix any deficiencies listed by the court, not for delay, but out of necessity to adequately comply and response to the court's procedures, and there is no prejudice defendants.

3. Plaintiff/Appellant, pro se just returned to the United States, the court was closed for a holiday on December 26, 2022, and has not had been able to file the necessary documents or order a transcript or index under the FRAP, and requests an additional 10 days.

4. Wherefore, having shown good cause for Motion for Extension of Time to Serve the required documents for appeal listed herein, Plaintiff/Appellant requests and additional 10 days, until Jan 6, 2023 to file.

Submitted this 28th day of December 2022.

> /s/Frederick J. Keitel, III
> Frederick J. Keitel, III, pro se
> P.O. Box 3243
> Palm Beach, FL 33480
> Ph: (561) 310-6864
> Email: rickkeitel@aol.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the following document has been served via e-portal of the PACER/ECF, electronic filing system on this day 28th of December 2022.

> /s/Frederick J. Keitel, III
> Frederick J. Keitel, III