UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------X
                        :

FREDERICK J. KEITEL, III et al.,         :

                        :

               Plaintiffs,      :        21-CV-8537 (JMF)

                        :

     -v-                   :         <u>ORDER</u>

                        :

THOMAS B. D'AGOSTINO, SR. et al.,   :

                        :

             Defendants.     :

                        :
--------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On January 16, 2023, Defendants filed a Motion for Sanctions against *both* Mr. Keitel and Spencer Robbins.  *See* ECF No. 106.  The Court had previously given Mr. Keitel an opportunity to show cause in writing why sanctions should not be imposed, ECF No. 95, and Mr. Keitel failed to respond, *see* ECF No. 104.  But Mr. Robbins was not previously given notice or an opportunity to be heard on whether sanctions should be imposed against him.

Accordingly, Mr. Robbins (and Mr. Robbins only) is granted leave to respond to Defendants' motion.  Any response shall be filed by **January 31, 2023**, and shall not exceed **fifteen pages**.  Any reply shall be filed by **February 7, 2023**, and shall not exceed **seven pages**.

     SO ORDERED.

Dated: January 17, 2023
     New York, New York                     _____
                                        JESSE M. FURMAN
                                   United States District Judge