UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
FREDERICK J. KEITEL, III et al.,                                   :
:
                  Plaintiffs,                          :    21-CV-8537 (JMF)
:
   -v-                                                          :    ORDER
:
:
THOMAS B. D'AGOSTINO, SR. et al.,                                  :
:
                  Defendants.                          :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On January 31, 2023, Spencer Robbins filed a motion for an extension of time to respond to the Court's order to show cause, ECF No. 115, which the Court granted, ECF No. 116. There are striking similarities in the formatting and wording of Mr. Robbins' submission and Mr. Keitel's previous pro se submissions. *See, e.g.*, ECF No. 111. Mindful of that and the earlier proceedings in this case, and to ensure that Mr. Robbins is the author of his opposition, Mr. Robbins is ORDERED to hand sign his opposition and to simultaneously submit a sworn declaration attesting, under penalty of perjury, that he is the author of (or at least adopts) the opposition. The Court will not consider any opposition submitted by Mr. Robbins that fails to comply with this Order.

       SO ORDERED.

Dated: February 1, 2023                     _____
      New York, New York                       JESSE M. FURMAN
                                                              United States District Judge