UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
FREDERICK J. KEITEL, III et al., :
:
              Plaintiffs, : 21-CV-8537 (JMF)
:
   -v- : ORDER
:
:
THOMAS B. D'AGOSTINO, SR. et al., :
:
             Defendants. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On June 26, 2023, Plaintiff filed a notice stating that he is unable to pay the fine and attorneys' fees the Court imposed as sanctions.  ECF No. 135.  The Court will treat this as a motion for reconsideration of its sanctions order.  In light of this motion, and Keitel's representation on June 17, 2023, that his sole source of income is $1500 per month in Social Security, *see* ECF No. 129, Defendants shall file a response addressing whether the Court should reduce, vacate, or otherwise modify the sanctions (both the sanctions payable to Defendants and the sanctions payable to the Court) based on inability to pay.  Spencer Robbins — who is jointly and severally liable for Defendants' attorneys' fees, *see* ECF No. 119 — is also invited to file a response.  Any responses must be filed by **July 7, 2023.**

      SO ORDERED.

Dated: June 28, 2023                         _____
      New York, New York                 JESSE M. FURMAN
                                           United States District Judge