UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
FREDERICK J. KEITEL, III et al., :
:
                Plaintiffs, :
: 21-CV-8537 (JMF)
      -v- :
: ORDER
:
THOMAS B. D'AGOSTINO, SR. et al., :
:
                Defendants. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On May 19, 2023, the Court entered an Opinion and Order, *see* ECF No. 119, requiring Plaintiff Frederick Keitel, III, to pay a $1,000 fine to the Clerk of Court within two weeks. On July 14, 2023, the Court extended the deadline to pay the sanction to July 28, 2023. *See* ECF No. 146. Given that Keitel did not seek, and the Court did not grant, a stay of that Order, the deadline applied notwithstanding Keitel's filing of an appeal, *see* ECF No. 132, and the Court would be on firm ground increasing the fine accordingly. As a courtesy, however, the Court will await the outcome of Keitel's appeal before doing so. In the event that the Court of Appeals does not disturb the fine, Keitel shall pay it no later than the issuance of the mandate. If he fails to do so by that date, the fine will increase by $100 per day of non-compliance.

       SO ORDERED.

Dated: August 28, 2023
       New York, New York
                                                  JESSE M. FURMAN
                                                   United States District Judge