UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
FREDERICK J. KEITEL, III et al., :
:
Plaintiffs, :
: 21-CV-8537 (JMF)
-v- :
: ORDER
THOMAS B. D'AGOSTINO, ST. et al., :
:
Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     On March 24, 2024, Plaintiff Frederick J. Keitel, III sent two emails to the Court with his medical records (attached as Exhibit A to this Order) in response to the Court's March 22, 2024 Order directing him to do so. *See* ECF No. 168.

     **The Clerk of Court is directed to docket Exhibit A to this Order under seal — that is, with viewing restricted to the Court only.** The Order itself, however, should be filed publicly.

     SO ORDERED.

Dated: March 28, 2024
       New York, New York

                                                           JESSE M. FURMAN
                                                 United States District Judge