UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
FREDERICK J. KEITEL, III et al.,                                   :
:
                Plaintiffs,                        :
:     21-CV-8537 (JMF)
     -v-                                                         :
:     <u>ORDER</u>
THOMAS B. D'AGOSTINO, SR. et al.,                                  :
:
                Defendants.                        :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On April 16, 2025, the mandate issued in this case. *See* ECF No. 183. The Court of Appeals did not disturb the $1,000 fine that this Court ordered Plaintiff Frederick J. Keitel, III to pay. *See* ECF Nos. 119, 146, 183. As stated in the Court's November 1, 2024 Order, Keitel was required to pay the $1,000 fine no later than April 16, 2024, the date the mandate issued. *See* ECF No. 174. To date, Keitel has failed to make any payment.

       As stated in the Court's Order, the $1,000 fine shall increase by $100 for each day that Keitel fails to comply. ECF No. 174. For example, as of today, April 18, 2025, Keitel must pay a fine of $1,200.

       Keitel is again ORDERED to pay $1,000, plus $100 for each day of non-compliance, to the Clerk of Court. The Court warns that Keitel's continued non-compliance may result in the imposition of additional sanctions.

       Defendants are ORDERED to serve a copy of this Order on Keitel through certified mail and email and to file proof of such service by **April 21, 2025**.

       SO ORDERED.

Dated: April 18, 2025                    _____
      New York, New York                   JESSE M. FURMAN
                                        United States District Judge