UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
FREDERICK J. KEITEL, III,                                         :
                                                                  :
                              Plaintiffs,                         :
                                                                  :      21-CV-8537 (JMF)
              -v-                                                 :
                                                                  :      ORDER
THOMAS B. D'AGOSTINO, SR.,                                        :
                                                                  :
                              Defendants.                         :
                                                                  :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On April 29, 2025, Defendant FJK-TEE JAY, LTD ("LTD") filed a motion seeking an order requiring Plaintiff Frederick J. Keitel, III and Spencer Robbins — an attorney who previously represented Plaintiffs in this now-dismissed case — to show cause why they should not be held in contempt for failing to comply with the Court's Order to pay LTD $92,037.91 in attorneys' fees and costs by August 12, 2023.  *See* ECF Nos. 190-191; ECF Nos. 125, 146.  In the alternative, LTD's motion requests entry of judgment in the amount of $92,037.91 against Keitel and Robbins under Federal Rule of Civil Procedure 58.  ECF No. 191.

      Keitel and Robbins shall file any opposition to LTD's motion by **May 13, 2025**.  Any reply shall be filed by **May 20, 2025**.

      Defendants are ORDERED to serve a copy of this Order on Keitel through certified mail and email and to file proof of such service by **May 2, 2025**.

      SO ORDERED.

Dated: April 30, 2025
       New York, New York

                                              JESSE M. FURMAN
                                              United States District Judge