UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
FREDERICK J. KEITEL, III et al.,

                              Plaintiffs,                          21 **CIVIL** 8537 (JMF)

        -against-                                   **JUDGMENT**
                                                         **For Attorney's Fees and Costs**

THOMAS B. D'AGOSTINO, SR. et al.,

                              Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated June 27, 2025, LTD's motion for entry of judgment is GRANTED. Judgment entered in favor of LTD against Keitel and Robbins for $92,037.9 in attorneys' fees and costs; Judgment entered in favor of the Fox Defendants against Keitel and Robbins for $103,308.88 in attorneys' fees and costs; and Judgment entered in favor of the Clerk of Court for $8,100 (to be enforceable by any Defendant on behalf of the Court). All three judgments shall be immediately enforceable by Defendants as final judgments.

**Dated:** New York, New York

       June 30, 2025

                                                               **TAMMI M. HELLWIG**

                                                               _____
                                                                 **Clerk of Court**

                                              **BY:**

                                                               _____
                                                                **Deputy Clerk**